■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH P. J. WINTER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD H. ROGERS, Appellant.— [In each action] Time to perfect appeals extended 90 days.

## FOURTH DEPARTMENT, MARCH, 1962

### (March 29, 1962)

(For balance of decisions of March 29, 1962, see *ante*, pp. 868–869.)

■ WILLIAM CONKLING, an Infant, by LEROY CONKLING, His Guardian ad Litem, et al., Respondents, v. VILLAGE OF ILION et al., Defendants, and TOWN OF GERMAN FLATTS, Appellant.—

Memorandum: Upon argument it was conceded that the provision of the order granting the application of Leroy Conkling, the father of the infant, was improper and that part of the order may be reversed. As to the infant, we feel bound by the decision of the Court of Appeals in *Matter of Goglas* v. *New York City Housing Auth.* (11 N Y 2d 680). (Appeal from order of Herkimer Special Term granting leave to plaintiffs to file late notice of claims on defendant Town of German Flatts.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of BUFFALO AUDIO CENTER ARROLITE CO., INC., et al., Respondents, v. UNION FREE SCHOOL DISTRICT NO. 1 OF THE TOWN OF TONAWANDA, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by Union Free School District No. 1 of the Town of Tonawanda, one of the respondents, from an order of Erie Special Term denying a motion to dismiss the petition.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ. [29 Misc 2d 871.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH COVELL, Appellant.— Order unanimously affirmed. (Appeal from order of Allegany County Court denying a motion to vacate a judgment of conviction on July 22, 1960.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MATTHEW J. LAMBERT, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying a motion to vacate a judgment of conviction on November 22, 1955 for sodomy, second degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERNON LINDSEY, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of third degree assault.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WILLIAMS, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of robbery, first degree on three counts.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW WILLIAMS, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of robbery,